**96–2819.  State v. Hessler.**
Franklin C.P. No. 95–CR–11–6906.  This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County.  Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that a stay of execution be, and is hereby, granted, pending further order of this court.

**97–52.  State v. Hessler.**
Franklin App. No. 96APA12–1664.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that a stay of execution be, and is hereby, granted, pending further order of this court.